Page 1

2008    P 4: 35

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1299

In Regard to the Matter of:

Bayside State Prison

Litigation

RONALD SCHMIDT,

      -vs-

WILLIAM H. FAUVER, et al,

      Defendants.

OPINION/REPORT

OF THE

SPECIAL MASTER

\*     \*     \*     \*

THURSDAY, SEPTEMBER 11, 2008

\*     \*     \*     \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1299

In Regard to the Matter of:

                                 OPINION/REPORT

Bayside State Prison             OF THE

Litigation                  SPECIAL MASTER

RONALD SCHMIDT,

       -vs-

WILLIAM H. FAUVER, et al,

       Defendants.

*     *     *     *

THURSDAY, SEPTEMBER 11, 2008

*     *     *     *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

1

2

3

4

5                   Transcript of proceedings in the above

6    matter taken by Theresa O. Mastroianni, Certified

7    Court Reporter, license number 30X100085700, and

8    Notary Public of the State of New Jersey at the

9    United States District Court House, One Gerry Plaza,

10   Camden, New Jersey, 08102, commencing at 3:45 PM.

11

12

13

14

15

16

17

18

19

20

21              MASTROIANNI & FORMAROLI, INC.

22         Certified Court Reporting & Videoconferencing

23                 251 South White Horse Pike

24                 Audubon, New Jersey 08106

25                     856-546-1100

```
 1

 2

    A P P E A R A N C E S:

 3

 4        JAIME KAIGH, ESQUIRE

               - and -

 5        RODNEY D. RAY, ESQUIRE

          32 NORTH BLACK HORSE PIKE

 6        BLACKWOOD, NEW JERSEY  08012

          856-232-3337

 7        856-232-4561

          ATTORNEYS FOR THE PLAINTIFFS

 8

 9

10        ROSELLI & GRIEGEL, PC

          BY:  MARK ROSELLI, ESQUIRE

11             - and -

          BY:  STEVEN GRIEGEL, ESQUIRE

12        1337 STATE HIGHWAY 33

          HAMILTON SQUARE, NEW JERSEY  08690

13        609-586-2257

          ATTORNEYS FOR THE DEFENDANTS

14

15

16

17

18

19

20

21

22

23

24

25
```

1          JUDGE BISSELL:   The court now reopens

2     proceedings in the matter of Ronald Schmidt, docket

3     number 08-1299.

4               This opinion/report is being issued

5     pursuant to the directives of the Order of Reference

6     to a Special Master and the Special Master's

7     Agreement and the guiding principles of law which

8     underlie this decision to be applied to the facts

9     upon which it is based as set forth in the jury

10    instructions in the Walker and Mejias jury charges to

11    the extent applicable to the allegations of Mr.

12    Schmidt.

13              As finalized after review under Local

14    Civil Rule 52.1, this transcript will constitute the

15    written report required under paragraph seven of the

16    Order of Reference to a Special Master.

17              Mr. Schmidt was a resident of D Tent

18    when the incident occurred, an incident which he

19    describes as occurring when the SOG officers came to

20    pull the inmates from D Tent in order to search it.

21    He also describes the events in question in his

22    testimony at various excerpts, and I'm going to read

23    those parts which I consider pertinent to the

24    decision here.

25              Beginning at page 18, line three.

1              "Question:  Can you tell us how long

2    after the death of Officer Baker, approximately, the

3    assault occurred?

4              "It was approximately two days.

5    Approximately two days.

6              "And what exactly happened?

7              "Our officers came around, told us all

8    to get in our bunks and another officer came in after

9    and told us to strip down to our underwear and get in

10   our bunks face down.

11             "Did you obey those orders?

12             "Yes.

13             "And then how long did you wait until

14   the next command was given or the next event

15   occurred?

16             "Answer:  There was a lot of commotion

17   going on.  It wasn't really a command for one tent,

18   it was a command for the whole unit to stay face

19   down, don't look at the officers and remain where you

20   are until an officer comes up to you.

21             "Question:  Who was it exactly that

22   gave you that order?

23             "Answer:  I don't know.  I don't know

24   who it was."

25             Continuing.  "Was it a SOG officer?

1           "Yes, it was somebody in the SOG unit.

2           "And how many officers entered the

3    tent?

4           "I believe there were six or seven at

5    the time.

6           "Okay.  And did you say anything other

7    than to get on your bunk and stay on your bunk face

8    down?

9           "No, that was it.

10          "And then what happened?

11          "When they came into the unit

12    originally I was looking sideways to see who was

13    coming into the tent because I didn't know who it

14    was.  And when I turned sideways, one of the officers

15    came over and cracked me in the elbow with a night

16    stick.

17          "When you say he cracked you in the

18    elbow.

19          "Hit me with the night stick on my

20    elbow.  Told me to put my face in the pillow.

21          "Which elbow did he hit?

22          "My left.

23          "Was it just one officer that struck

24    you at that time?

25          "Yes.

1               "And again, you don't know who this

2       officer was?

3               "No.

4               "Can you describe the hit on your elbow

5       and show the court exactly where your elbow was hit?

6               "Answer:  I was struck across here.  My

7       hand was behind me because we had our hands behind

8       our back.  When he hit me, he hit me across my elbow.

9               "Did he hit any other inmates at that

10      time?

11              "I'm not aware if he because I couldn't

12      see.  At that point I put my head in the pillow.

13              "Did you say anything as a result of

14      having been struck?

15              "No.

16              "Did he say anything else to you?

17              "He said, I told you not to move white

18      trash was his exact words.

19              "Did anyone else strike you during that

20      particular morning?

21              "Answer:  No."

22              Another incident occurred he states

23      during the course when he was being walked to the

24      gym.  That testimony where pertinent begins at line

25      12 on page 21.

Page 8

1                    "Okay.  Were you let out of the tent?

2                    "Answer:  Yes.

3                    "Where were you taken?

4                    "Down to the gym, the prison area.

5                    "Now, on your way to the gym, were you

6    assaulted in any way by anyone else?

7                    "Answer:  Yes.

8                    "By whom?

9                    "Yes, I was punched in the back?

10                   "By whom?

11                   "By the officer who was escorting us,

12   escorting me.

13                   "Was there just one officer escorting

14   you?

15                   "No, there was one officer per inmate

16   and this -- as we were going to the compound.

17                   "And were there other officers, were

18   there -- where were the other officers?

19                   "Answer:  Standing along the fence

20   line.

21                   "I see.  And were you held as you were

22   escorted to the gym?

23                   "We had a night stick between our arms

24   and back.

25                   "Did this officer say anything to you

1    when he struck you in the back?

2              "He said start moving faster.  So I

3    proceeded to walk a little faster and that's when I

4    felt him hit me.

5              "And what did he strike you with,  if

6    anything.

7              "He had black gloves on that had

8    leather in the knuckles that they use for, I guess,

9    assaults and that's what I was struck with. As a

10   result of the strikes I fell to my knees.

11             "You fell to your knees.  Did the

12   officer say anything else to you?

13             "Answer:  Get up and let's go.

14             "And did you obey that command?

15             "Yes.

16             "Were you able to walk at that point?

17             "Yes, in a lot of pain."

18             Further testimony that I find pertinent

19   here at page 45 lines five through 16.  This is under

20   cross-examination.

21             "Now, after you were struck in your

22   elbow, after you lifted your head and turned it

23   sideways, you put your face back into the pillow you

24   told me, right?

25             "Answer:  Yes.

Page 10

1              "And you never lifted it again until

2    you were told to; is that correct?

3              "Answer:  Yes.

4              "Question:  After you were hit in your

5    back and told to walk faster, you never had to be

6    told again, did you?

7              "Answer:  No."

8              Now, in addition to the testimony that

9    I mentioned there and, of course, all the other

10   evidence of record, I examined exhibits P-134 through

11   137 which do accurately reflect, at least 134, 135

12   and 136, contemporaneous examinations, treatment and

13   prescriptions for an inflamed and injured left elbow.

14   So I find frankly that the events that were described

15   here did occur.

16             P-137 indicates (I gather if I had

17   decided to award damages here) the nature of

18   permanency and continuing discomfort.  It is a report

19   from February 20th of '99 indicating at least at that

20   point still some disability in the elbow, although

21   not too well tied to the incident some

22   year-and-a-half before.

23             Once again in this instance, I do not

24   find as described here that excessive force was

25   employed.  The use of force for the purpose of

1    enforcing an order or promoting the orderly and

2    controlled movement of prisoners under the

3    circumstances here is allowable at least to certain

4    levels.

5                    In this instance, with all prisoners

6    ordered to keep their faces down and in the bunks

7    when the extractions were to begin and with an

8    obvious violation of that order by the man turning

9    his head, one strike on the elbow for the purpose

10   (which turned out to be effective) of securing

11   compliance with that directive I do not find to be

12   the use of excessive force here as well defined in

13   the jury instructions with which we're all familiar.

14                   Similarly, a strike of this sort in the

15   back, one single blow for the purpose of enforcing an

16   order to walk promptly and to keep pace in the

17   movement of the prisoners to the gym, with a movement

18   of a large number of prisoners in this and in

19   virtually every instance, once again, I do not find

20   to be the exercise of excessive force within the

21   comtemplation of the U.S. Constitution.

22                   Would it have been perhaps more

23   desirable that a mere additional order without the

24   use of corporal enforcement had been employed?

25   Perhaps so.  However, its efficacy cannot be easily

1   measured and in this case, as we noted, the force

2   employed which I've said I don't think is excessive

3   under the circumstances was indeed effective.  As the

4   plaintiff himself acknowledged.

5            Finally, although not every item of

6   evidence has been discussed in this opinion/report,

7   all evidence presented to the Special Master was

8   reviewed and considered.  For the reasons set forth

9   above I recommend in this report that the district

10  court enter an order and judgment of no cause for

11  action with regard to Ronald Schmidt.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 13

1                    C E R T I F I C A T E

2

3        I, Theresa O. Mastroianni, a Notary Public and

4    Certified Shorthand Reporter of the State of New

5    Jersey, do hereby certify that the foregoing is a

6    true and accurate transcript of the testimony as

7    taken stenographically by and before me at the time,

8    place, and on the date hereinbefore set forth.

9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   *Theresa O. Mastroianni*

         Theresa O. Mastroianni, C.S.R.

20       Notary Public, State of New Jersey

         My Commission Expires May 5, 2010

21       Certificate No. XI0857

         Date:   September 11, 2008

22

23

24

25

**A**
able 9:16
accurate 13:6
accurately 10:11
acknowledged
  12:4
action 1:2 12:11
  13:11,14
addition 10:8
additional 11:23
Agreement 4:7
al 1:8
allegations 4:11
allowable 11:3
Answer 5:16,23
  7:6,21 8:2,7,19
  9:13,25 10:3,7
applicable 4:11
applied 4:8
approximately
  5:2,4,5
area 8:4
arms 8:23
assault 5:3
assaulted 8:6
assaults 9:9
attorney 13:10
  13:12
ATTORNEYS
  3:7,13
Audubon 2:24
award 10:17
aware 7:11

**B**
back 7:8 8:9,24
  9:1,23 10:5
  11:15
Baker 5:2
based 4:9
Bayside 1:5
Beginning 4:25
begins 7:24
believe 6:4
BISSELL 1:19
  4:1

black 3:5 9:7
BLACKWOOD
  3:6
blow 11:15
bunk 6:7,7
bunks 5:8,10
  11:6

**C**
C 3:2 13:1,1
Camden 2:10
case 12:1
cause 12:10
certain 11:3
Certificate
  13:21
Certified 2:6,22
  13:4
certify 13:5,9
charges 4:10
circumstances
  11:3 12:3
Civil 1:2 4:14
comes 5:20
coming 6:13
command 5:14
  5:17,18 9:14
commencing
  2:10
Commission
  13:20
commotion 5:16
compliance
  11:11
compound 8:16
comtemplation
  11:21
consider 4:23
considered 12:8
constitute 4:14
Constitution
  11:21
contemporane...
  10:12
continuing 5:25
  10:18

controlled 11:2
corporal 11:24
correct 10:2
counsel 13:10,12
course 7:23 10:9
court 1:1 2:7,9
  2:22 4:1 7:5
  12:10
cracked 6:15,17
cross-examina...
  9:20
C.S.R 13:19

**D**
D 3:5 4:17,20
damages 10:17
date 13:8,21
days 5:4,5
death 5:2
decided 10:17
decision 4:8,24
Defendants 1:9
  3:13
defined 11:12
describe 7:4
described 10:14
  10:24
describes 4:19
  4:21
desirable 11:23
directive 11:11
directives 4:5
disability 10:20
discomfort
  10:18
discussed 12:6
district 1:1,2 2:9
  12:9
docket 4:2

**E**
E 3:2,2 13:1,1
easily 11:25
effective 11:10
  12:3
efficacy 11:25

elbow 6:15,18
  6:20,21 7:4,5,8
  9:22 10:13,20
  11:9
employed 10:25
  11:24 12:2
employee 13:10
  13:12
enforcement
  11:24
enforcing 11:1
  11:15
enter 12:10
entered 6:2
escorted 8:22
escorting 8:11
  8:12,13
ESQUIRE 3:4,5
  3:10,11
et 1:8
event 5:14
events 4:21
  10:14
evidence 10:10
  12:6,7
exact 7:18
exactly 5:6,21
  7:5
examinations
  10:12
examined 10:10
excerpts 4:22
excessive 10:24
  11:12,20 12:2
exercise 11:20
exhibits 10:10
Expires 13:20
extent 4:11
extractions 11:7

**F**
F 13:1
face 5:10,18 6:7
  6:20 9:23
faces 11:6
facts 4:8

familiar 11:13
faster 9:2,3 10:5
FAUVER 1:8
February 10:19
fell 9:10,11
felt 9:4
fence 8:19
finalized 4:13
Finally 12:5
financially
  13:13
find 9:18 10:14
  10:24 11:11,19
five 9:19
force 10:24,25
  11:12,20 12:1
foregoing 13:5
FORMAROLI
  2:21
forth 4:9 12:8
  13:8
frankly 10:14
Further 9:18
  13:9

**G**
gather 10:16
Gerry 2:9
given 5:14
gloves 9:7
go 9:13
going 4:22 5:17
  8:16
GRIEGEL 3:10
  3:11
guess 9:8
guiding 4:7
gym 7:24 8:4,5
  8:22 11:17

**H**
H 1:8
HAMILTON
  3:12
hand 7:7
hands 7:7

happened 5:6
  6:10
head 7:12 9:22
  11:9
held 8:21
hereinbefore
  13:8
HIGHWAY
  3:12
hit 6:19,21 7:4,5
  7:8,8,9 9:4
  10:4
HONORABLE
  1:19
Horse 2:23 3:5
House 2:9

**I**

incident 4:18,18
  7:22 10:21
indicates 10:16
indicating 10:19
inflamed 10:13
injured 10:13
inmate 8:15
inmates 4:20 7:9
instance 10:23
  11:5,19
instructions
  4:10 11:13
interested 13:13
issued 4:4
item 12:5

**J**

JAIME 3:4
Jersey 1:2 2:8,10
  2:24 3:6,12
  13:5,20
JOHN 1:19
JUDGE 4:1
judgment 12:10
jury 4:9,10
  11:13

**K**

KAIGH 3:4
keep 11:6,16
knees 9:10,11
know 5:23,23
  6:13 7:1
knuckles 9:8

**L**

large 11:18
law 4:7
leather 9:8
left 6:22 10:13
let's 9:13
levels 11:4
license 2:7
lifted 9:22 10:1
line 4:25 7:24
  8:20
lines 9:19
Litigation 1:5
little 9:3
Local 4:13
long 5:1,13
look 5:19
looking 6:12
lot 5:16 9:17

**M**

man 11:8
MARK 3:10
Master 1:5,19
  4:6,16 12:7
Master's 4:6
Mastroianni 2:6
  2:21 13:3,19
matter 1:4 2:6
  4:2
measured 12:1
Mejias 4:10
mentioned 10:9
mere 11:23
morning 7:20
move 7:17
movement 11:2
  11:17,17
moving 9:2

**N**

N 3:2
nature 10:17
neither 13:9,11
never 10:1,5
New 1:2 2:8,10
  2:24 3:6,12
  13:4,20
night 6:15,19
  8:23
NORTH 3:5
Notary 2:8 13:3
  13:20
noted 12:1
number 2:7 4:3
  11:18

**O**

O 2:6 13:3,19
obey 5:11 9:14
obvious 11:8
occur 10:15
occurred 4:18
  5:3,15 7:22
occurring 4:19
officer 5:2,8,20
  5:25 6:23 7:2
  8:11,13,15,25
  9:12
officers 4:19 5:7
  5:19 6:2,14
  8:17,18
Okay 6:6 8:1
once 10:23 11:19
opinion/report
  1:4 4:4 12:6
order 4:5,16,20
  5:22 11:1,8,16
  11:23 12:10
ordered 11:6
orderly 11:1
orders 5:11
originally 6:12

**P**

P 3:2,2
P-134 10:10

pace 11:16
page 4:25 7:25
  9:19
pain 9:17
paragraph 4:15
particular 7:20
parties 13:11
parts 4:23
PC 3:10
permanency
  10:18
pertinent 4:23
  7:24 9:18
Pike 2:23 3:5
pillow 6:20 7:12
  9:23
place 13:8
plaintiff 12:4
PLAINTIFFS
  3:7
Plaza 2:9
PM 2:10
point 7:12 9:16
  10:20
prescriptions
  10:13
presented 12:7
principles 4:7
prison 1:5 8:4
prisoners 11:2,5
  11:17,18
proceeded 9:3
proceedings 2:5
  4:2
promoting 11:1
promptly 11:16
Public 2:8 13:3
  13:20
pull 4:20
punched 8:9
purpose 10:25
  11:9,15
pursuant 4:5
put 6:20 7:12
  9:23

**P-137** 10:16

**Q**

question 4:21
  5:1,21 10:4

**R**

R 3:2 13:1
RAY 3:5
read 4:22
really 5:17
reasons 12:8
recommend
  12:9
record 10:10
Reference 4:5
  4:16
reflect 10:11
regard 1:4 12:11
relative 13:10,12
remain 5:19
reopens 4:1
report 4:15
  10:18 12:9
Reporter 2:7
  13:4
Reporting 2:22
required 4:15
resident 4:17
result 7:13 9:10
review 4:13
reviewed 12:8
right 9:24
RODNEY 3:5
Ronald 1:6 4:2
  12:11
ROSELLI 3:10
  3:10
Rule 4:14

**S**

S 3:2
Schmidt 1:6 4:2
  4:12,17 12:11
search 4:20
securing 11:10

| | | | |
|---|---|---|---|
| see 6:12 7:12 8:21 | 6:3,13 8:1 | walk 9:3,16 10:5 11:16 | 2:7 |
| September 1:14 13:21 | testimony 4:22 7:24 9:18 10:8 13:6 | walked 7:23 | 32 3:5 |
| set 4:9 12:8 13:8 | Theresa 2:6 13:3 13:19 | Walker 4:10 | 33 3:12 |
| seven 4:15 6:4 | think 12:2 | wasn't 5:17 | **4** |
| Shorthand 13:4 | three 4:25 | way 8:5,6 | 45 9:19 |
| show 7:5 | THURSDAY 1:14 | we're 11:13 | |
| sideways 6:12 6:14 9:23 | tied 10:21 | white 2:23 7:17 | **5** |
| Similarly 11:14 | time 6:5,24 7:10 13:7 | WILLIAM 1:8 | 5 13:20 |
| single 11:15 | told 5:7,9 6:20 7:17 9:24 10:2 10:5,6 | words 7:18 | 52.1 4:14 |
| six 6:4 | | written 4:15 | **6** |
| SOG 4:19 5:25 6:1 | | **X** | 609-586-2257 3:13 |
| somebody 6:1 | transcript 2:5 4:14 13:6 | XIO857 13:21 | |
| sort 11:14 | trash 7:18 | **Y** | **8** |
| South 2:23 | treatment 10:12 | year-and-a-half 10:22 | 856-232-3337 3:6 |
| Special 1:5,19 4:6,6,16 12:7 | true 13:6 | | 856-232-4561 3:7 |
| SQUARE 3:12 | turned 6:14 9:22 11:10 | **0** | 856-546-1100 2:25 |
| Standing 8:19 | turning 11:8 | 08-1299 1:2 4:3 | |
| start 9:2 | two 5:4,5 | 08012 3:6 | **9** |
| State 1:5 2:8 3:12 13:4,20 | | 08102 2:10 | 99 10:19 |
| states 1:1 2:9 7:22 | **U** | 08106 2:24 | |
| stay 5:18 6:7 | underlie 4:8 | 08690 3:12 | |
| stenographica... 13:7 | underwear 5:9 | **1** | |
| STEVEN 3:11 | unit 5:18 6:1,11 | 11 1:14 13:21 | |
| stick 6:16,19 8:23 | United 1:1 2:9 | 12 7:25 | |
| strike 7:19 9:5 11:9,14 | use 9:8 10:25 11:12,24 | 1337 3:12 | |
| strikes 9:10 | U.S 11:21 | 134 10:11 | |
| strip 5:9 | | 135 10:11 | |
| struck 6:23 7:6 7:14 9:1,9,21 | **V** | 136 10:12 | |
| | various 4:22 | 137 10:11 | |
| **T** | Videoconfere... 2:22 | 16 9:19 | |
| T 13:1,1 | violation 11:8 | 18 4:25 | |
| taken 2:6 8:3 13:7 | virtually 11:19 | **2** | |
| tell 5:1 | vs 1:7 | 20th 10:19 | |
| tent 4:17,20 5:17 | | 2008 1:14 13:21 | |
| | **W** | 2010 13:20 | |
| | W 1:19 | 21 7:25 | |
| | wait 5:13 | 251 2:23 | |
| | | **3** | |
| | | 3:45 2:10 | |
| | | 30X100085700 | |