UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

RONALD SCHMIDT

            Plaintiff(s)　　　　:　　**JUDGMENT**

  (vs)　　　　　　　　　　　　　　:

BAYSIDE STATE PRISON, ET AL.　　:　　Civil #08-01299 (RBK)

            　　　　　　　　　　:

           Defendant(s)

-----------------------------------------------------------------------

The Hon. John Bissell, Special Master, appointed by this Court having found on September 11, 2008, and no timely objection having been filed,

IT IS, on this 25 day of October, 2008

ORDERED that the report of Hon. John Bissell dated September 11, 2008 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Ronald Schmidt**.

HON. ROBERT B. KUGLER, U.S.D.J.